CLAUDIUS B. PAPE et al., as Executors of EDWARD T. PAPE, Deceased, Respondents, *v.* RUDOLPH BROTHERS, INC., Appellant.

Argued February 26, 1940; decided March 12, 1940.

*Donald J. Ball* for appellant.

*William E. Seavey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.